730

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT KITTEL, Appellant.—

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROGER WHITFIELD, Appellant.—

No opinion. Martuscello, Acting P. J., Christ, Brennan and Benjamin, JJ., concur.

NATHAN ROBBINS, as Trustee, Respondent, v. FRANCES GOLDSTEIN et al., Appellants, et al., Defendants.—

Munder, Acting P. J., Martuscello, Latham, Shapiro and Benjamin, JJ., concur.

NATHAN ROBBINS, as Trustee, Respondent, v. FRANCES GOLDSTEIN et al., Appellants, et al., Defendants.—